**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO. 1:24-cr-15-TBM-RPM**
                                                      **CIVIL ACTION NO. 1 :26-cv-101-TBM**
**XAVIER DEVONTA SPIVERY**

### ORDER

Xavier Devonta Spivery filed a Motion to Vacate [57] under 28 U.S.C. § 2255 in which he alleges, among other claims, that he received ineffective assistance of counsel. Before considering the Motion to Vacate, the Court finds that Spivery's former defense counsel should be required to respond to his allegations via affidavit.

IT IS THEREFORE ORDERED that Xavier Devonta Spivery's former defense counsel, Robert G. Harenski, shall file, within forty-five (45) days of this Order, a written affidavit responding to the allegations in the Motion to Vacate [57], and shall provide a copy of the affidavit to the Government. The Government is directed to furnish the above-referenced attorney with a copy of this Order and the Motion to Vacate [57], if he has not received them from the Clerk of Court.

IT IS FURTHER ORDERED that Xavier Devonta Spivery has waived his right to claim attorney-client privilege in regard to these proceedings.

IT IS FURTHER ORDERED that the Government shall file its response to Xavier Devonta Spivery's Motion to Vacate under 28 U.S.C. § 2255 within thirty (30) days from the filing of former defense counsel's affidavit.

This, the 15th day of April, 2026.

                    **TAYLOR B. McNEEL**
                    **UNITED STATES DISTRICT JUDGE**