**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**CRIMINAL NO. 1:24-cr-15-TBM-RPM**
**CIVIL ACTION NO. 1 :26-cv-101-TBM**

**XAVIER DEVONTA SPIVERY**

**ORDER**

This matter came before the Court on Defendant Xavier Devonta Spivery's Motion to Vacate [57] and Motion for Compassionate Release and to Transfer Facilities [64]. At the evidentiary hearing conducted on November 12, 2026, the Court considered the pleadings, motions, testimony, record, oral arguments of the parties, and relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that Defendant's Motion to Vacate [57] and Motion for Compassionate Release and to Transfer Facilities [64] are DENIED.

This, the 16th day of November, 2026.

**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**