**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**CRIMINAL NO. 1:24-cr-15-TBM-RPM**
**CIVIL ACTION NO. 1 :26-cv-101-TBM**

**XAVIER DEVONTA SPIVERY**

**FINAL JUDGMENT**

In accordance with the Court's Order entered this same day, this action is DISMISSED WITH PREJUDICE.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled and numbered cause is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

This, the 16th day of November 2026.

**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**